|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Sandra L. Hayes<br><br><br><br>                                    Debtor(s) |

Case No.: 18-18947 / CMG

Chapter: 13

Judge: Christine M. Gravelle

## CHAPTER 13 TRUSTEE'S
## CERTIFICATION OF DEFAULT

Albert Russo, Chapter 13 Standing Trustee in this case certifies:

1. The *Order Confirming Chapter 13 Plan* or *Order Regarding Chapter 13 Standing Trustee's Motion to Dismiss*, order the debtor to perform as follows:

    To make plan payments in under the terms of the confirmation order. If the debtor failed to make a plan payment to the trustee for a period of more than 30 consecutive days, the trustee was authorized to file a certification of default with notice of said certification to the debtor(s) and debtor's attorney, if any.

    🖉 To continue regular monthly payments of $2226.00. If the debtor failed to make a payment for a period of more than 30 consecutive days, the trustee was authorized to file a certification of default with notice of said certification to the debtor(s) and the debtor's attorney, if any.

    🖉 To file with the Court an *Order to Employer to Pay the Chapter 13 Trustee* not later than thirty (30) days from the date of the *Order Regarding Chapter 13 Standing Trustee's Certification of Default or Motion to Dismiss*.

2. The debtor(s) has not performed as ordered by the Court in that:

The debtor is in arrears in plan payments in the amount of $5,348.00. The debtor's last payment was made on 02/02/2021 in the amount of $2,226.00.

🖉 To date the debtor's attorney, if any, has not submitted an *Order to Employer to Pay the Chapter 13 Trustee*.

3. I make this Certification in support of the entry of an order dismissing this case.

4. I declare under penalty of perjury that the foregoing is true and correct.

DATED: 4/26/2021   /s/ Albert Russo
                                                                                           Albert Russo
                                                                                           Standing Chapter 13 Trustee