| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Sandra L. Hayes

Debtor(s)

Case No.: 18-18947 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 4/26/2021, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 4/26/2021

/s/ Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Sandra L. Hayes<br>49 Bisbee Drive<br>Burlington City, NJ   08016 | Debtor(s) | Regular Mail |
| FRED R BRAVERMAN ESQ<br>106 SOCIETY HILL BLVD<br>CHERRY HILL,  NJ   08003 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |